## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-1077-RMR-STV

JEFFREY WOODWARD, an individual,

     Plaintiff,

v.

ATG CREDIT, LLC, an Illinois limited liability company; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and TRANS UNION LLC, a Delaware limited liability company,

     Defendants.

---

## UNOPPOSED MOTION TO DISMISS

---

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Jeffrey Woodward respectfully requests that the Court dismiss this action against Defendant Experian Information Solutions, Inc., with prejudice, each party to pay its own fees and costs. As grounds therefor, Plaintiff states that the parties have reached and executed a settlement agreement and agreed to the dismissal of this action. Defendant Experian Information Solutions, Inc. does not oppose this motion.

DATED: June 11, 2026

                         **Vedra Law LLC**

By:   /s/ Daniel J. Vedra
       Daniel J. Vedra
       1444 Blake Street
       Denver, Colorado 80202
       303-937-6540
       dan@vedralaw.com
       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the date first written above the foregoing was served by e-mail by agreement of the parties on all parties of record.

/s/ Daniel J. Vedra
Daniel J. Vedra