**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 26-cv-1077-RMR-STV

JEFFREY WOODWARD, an individual,

      Plaintiff,

v.

ATG CREDIT, LLC, an Illinois limited liability company; EQUIFAX INFORMATION
SERVICES, LLC, a Georgia limited liability company; EXPERIAN INFORMATION
SOLUTIONS, INC., an Ohio corporation; and TRANS UNION LLC, a Delaware limited
liability company,

      Defendants.

---

### ORDER FOR DISMISSAL

---

THIS MATTER having come before the Court on the parties' UNOPPOSED
MOTION TO DISMISS (ECF No. 38), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the
Court being fully advised in the premises, it is hereby

ORDRED that the above-captioned matter is dismissed with prejudice against
Defendant Experian Information Solutions, Inc., only, with each party to bear their own
attorneys' fees and costs.

FURTHER ORDERED that the caption on all subsequent filings shall reflect the
removal of Defendant Experian Information Solutions, Inc. as a Defendant in this case.

ENTERED: June 12, 2026.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge