### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Regina M. Rodriguez

Civil Action No. 26-cv-1077-RMR-STV

JEFFREY WOODWARD, an individual,

     Plaintiff,

v.

ATG CREDIT, LLC, an Illinois limited liability company; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and TRANS UNION LLC, a Delaware limited liability company,

     Defendants.

---

### ORDER FOR DISMISSAL

---

THIS MATTER having come before the Court on the Plaintiff's UNOPPOSED MOTION TO DISMISS (ECF No. 40), pursuant to Fed. R. Civ. P. 41(a)(2), and the Court being fully advised in the premises, it is hereby

ORDRED that the above-captioned matter is dismissed with prejudice against Defendant Trans Union LLC, only, with each party to bear their own attorneys' fees and costs.

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Defendant Trans Union LLC as a Defendant in this case.

ENTERED: June 24, 2026.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge